IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05- 93 |
| ) | |
| RYAN BACON, ) | |
| ) | REDACTED |
| Defendant. ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about September 7, 2005, in or near Wilmington, in the State and District of Delaware, Ryan Bacon, Defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Standard Arms of Nevada, Inc. 9 mm pistol, model SA-9, Serial Number 01451, and a Taurus .38 caliber revolver, Serial Number UI34528, after having been convicted on or about June 14, 2005, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### COUNT TWO

On or about September 7, 2005, in or near Wilmington, in the State and District of Delaware, Ryan Bacon, Defendant herein, did knowingly possess with intent to distribute a substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

FILED
OCT 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COUNT THREE

On or about September 7, 2005, in or near Wilmington, in the State and District of Delaware, Ryan Bacon, Defendant herein, during in and in relation to a drug trafficking crime, to wit, possession with intent to distribute heroin, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C), as alleged in Count Two of the Indictment, incorporated by reference herein, did knowingly carry a firearm, to wit, a Standard Arms of Nevada, Inc. 9 mm pistol, model SA-9, Serial Number 01451, and a Taurus .38 caliber revolver, Serial Number UI34528, in violation of Title 18, United States Code, Sections 924(c)(1) & (2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By: _____
Christopher J. Burke
Assistant United States Attorney

Dated: October 25, 2005

