IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                           Criminal Action No. 05- 93

RYAN BACON,

        Defendant.

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Ryan Bacon, pursuant to an Indictment returned against him by the Federal Grand Jury on October 25, 2005.

                                      COLM F. CONNOLLY
                                      United States Attorney

                    BY: _____
                             Christopher J. Burke
                             Assistant United States Attorney

Dated: October 25, 2005



FILED

OCT 2 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AND NOW, this __25__ day of __October__, 2005, based upon the foregoing Motion,

IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of Ryan Bacon.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge