IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Criminal Action No. 05- 93

RYAN BACON,

    Defendant.



### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by its attorney, Christopher J. Burke, Assistant United States Attorney, with the knowledge and consent of Colm Connolly, United States Attorney for the District of Delaware, respectfully shows:

    1.    The defendant, who has been indicted for violations of 18 U.S.C. § 922(g)(1), felon in possession of a firearm; 21 U.S.C. § 841(a)(1), possession of heroin with intent to distribute; and 18 U.S.C. § 924(c)(1), carrying a firearm during and in relation to a drug trafficking crime, is scheduled for an initial appearance before this Court on November 10, 2005, at 1:00 p.m.

    2.    The defendant is currently being held pending trial on related State charges at the Howard K. Young Correctional Center (Gander Hill) in Wilmington, and, therefore, must be writted out before this Court can conduct the initial appearance.

    WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the Howard K. Young Correctional Center (Gander Hill) and to the United States Marshal for the District of Delaware to deliver

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ryan Bacon to the office of the United States Marshal on November 10, 2005, at 1:00 p.m., with the defendant being held in federal custody until the federal charges are resolved.

COLM CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: October 26, 2005

IT IS SO ORDERED this 27 day of October, 2005.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge