FILED IN OPEN
COURT 11/22/05
KJK

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  )
                           )
           Plaintiff,      )
                           )
                           )   CASE NO. CR05-93-JJF
      vs.                  )
                           )
   RYAN BACON              )
                           )
           Defendant.      )

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on NOVEMBER 22, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until January 18, 2005. The time between the date of this order and January 18, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



F I L E D

NOV 2 2 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE