UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-093-JJF |
| ) | |
| RYAN BACON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Having considered Defendant's Motion to Enlarge the Time for the Filing of Pre-Trial Motions and Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this ____ day of January, 2006, that Defendant's Motion is **GRANTED** and that Pre-trial motions are to be filed on or before February 15, 2006. This additional time period is hereby excluded from the Speedy Trial Act calculations.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court

cc:   AUSA Christopher Burke
      AFPD Christopher Koyste