UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-093-JJF |
| | ) | |
| RYAN BACON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Having considered Defendant's Motion to Enlarge the Time for the Filing of Pre-Trial Motions and Waive the Application of the Speedy Trial Act,

IT IS HEREBY ORDERED this 25 day of January, 2006, that Defendant's Motion is **GRANTED** and that Pre-trial motions are to be filed on or before February 15, 2006. This additional time period is hereby excluded from the Speedy Trial Act calculations.

                                                                 HONORABLE JOSEPH J. FARNAN, JR.
                                                                  United States District Court

cc:    AUSA Christopher Burke
        AFPD Christopher Koyste