

U.S. Department of Justice

United States Attorney's Office
District of Delaware

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

February 15, 2006

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Ryan Bacon**
              **Criminal Action No.  05-93-JJF**

Dear Judge Farnan:

      The defendant has agreed to change his plea pursuant to the enclosed, unexecuted, Memorandum of Plea Agreement. The parties respectfully request that the Court schedule a Change of Plea hearing with counsel. An original, executed Memorandum will be submitted at the Change of Plea hearing.

                                  Respectfully submitted,

                                    COLM F. CONNOLLY
                                  United States Attorney

                    BY:       /s/
                                  Christopher J. Burke
                                  Assistant United States Attorney

Enclosure

cc:     Christopher Koyste, Esq.
          The Clerk of the Court