IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-93 JJF |
| RYAN BACON, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count Three of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Thursday, June 8, 2006, at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

March 8, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE