AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

RYAN BACON

**WARRANT FOR ARREST**

Case Number: CR 05-93-UNA JJF

To: The United States Marshal
and any Authorized United States Officer

**REDACTED**

YOU ARE HEREBY COMMANDED to arrest _____ RYAN BACON _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court    Violation    Probation Violation Petition

charging him or her    (brief description of offense)

POSSESSION OF A FIREARM BY A FELON;
POSSESSION WITH THE INTENT TO DISTRIBUTE HEROIN;
CARRYING A FIREARM DURING A DRUG TRAFFICKING CRIME

in violation of _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) and 924(a)(2) _____

Peter T. Dalleo                          Clerk, United States District Court
Name of Issuing Officer                  Title of Issuing Officer

By: [signature]   [signature] Deputy Clerk   October 26, 2005 in Wilmington, DE
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____ by _____
                                           Name of Judicial Officer

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ Ryan Bacon _____ |

| DATE RECEIVED 10/26/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/17/05 | Toby M. Conrad DUSM | [signature] |